

Misc. No. 14–8013/MC. Daniel J. Jimenez, Appellant v. United States. CCA 200900010. Notice is hereby given that a writ-appeal petition for review of the United States Navy–Marine Corps Court of Criminal Appeals decision on application for extraordinary relief in the nature of a writ of error coram nobis was filed under Rule 27(b) on this date.

No. 13–0573/AR. U.S. v. Calvin J. Davenport. CCA 20081102. Appellant's motion to extend time to file a brief and a joint appendix granted, *up to and including February 28, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0071/AR. U.S. v. Travis D. Jones. CCA 20110679. Appellant's motion to extend time to file a brief granted, *up to and including February 21, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0230/AR. U.S. v. Samuel R. Spotts. CCA 20111144. Appellant's motion for an extension of time to file a brief and a joint appendix granted, *up to and including February 28, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0277/MC. U.S. v. Ronald Murphy. CCA 201300100. Appellant's motion to file the supplement to the petition for grant of review out of time is granted.

No. 14–0356/AR. U.S. v. Steven G. Howsam. CCA 20120205. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including February 27, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0370/AF. U.S. v. Michael W. Gleiser. CCA 38155. Appellant's *second* motion to extend time to file the supplement to the petition granted, *but only up to and including March 5, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0371/AF. U.S. v. Larry M. Palmer III. CCA 38184. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review